# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER MATTHEW BERGNA,
Appellant,
vs.
ISIDRO BACA, WARDEN,
Respondent.

No. 74612

FILED

JUN 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying appellant's postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge.[1]

In his postconviction petition for a writ of habeas corpus, appellant sought expungement of an alleged disciplinary infraction from his prison record. The district court denied the petition because the claim was not cognizable in a postconviction petition for a writ of habeas corpus. Appellant contends that the district court erred. We disagree. *See* NRS 34.724(1) (providing that a postconviction petition for a writ of habeas corpus is available for claims that "the conviction was obtained, or that the sentence was imposed, in violation of the Constitution of the United States or the Constitution or laws of this State, or . . . that the time [an inmate]

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

18-22890

has served pursuant to the judgment of conviction has been improperly computed"). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:   Hon. James E. Wilson, District Judge
Peter Matthew Bergna
Attorney General/Carson City
Carson City Clerk